UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
FORT PIERCE DIVISION

**Case Number: 18-14087-CIV-MARTINEZ-REID**

DARIUS STILL,

    Petitioner,

vs.

SECRETARY OF THE FLORIDA
DEPARTMENT OF CORRECTIONS, *et al.*,

    Respondents.
_____/

**ORDER ADOPTING IN PART REPORT AND RECOMMENDATION**

THE MATTER was referred to the Honorable Lisette M. Reid, United States Magistrate Judge, for a Report and Recommendation on Petitioner's *pro se* amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 7). Magistrate Judge Reid filed a Report and Recommendation (ECF No. 20), recommending that: (1) the petition for writ of habeas corpus be denied; (2) a certificate of appealability be denied as to Claims 1, 3, and 4 and granted as to Claim 2;[1] (3) the case be closed. Respondent, the Secretary of the Florida Department of Corrections, has filed objections to Judge Reid's Report and Recommendation as it relates to the certificate of appealability. (ECF No. 21). To date, Petitioner has not filed objections to the Report and Recommendation.

The Court has reviewed the entire file and record and has made a *de novo* review of the issues that the objections to Judge Reid's Report and Recommendation present. After careful consideration, it is

**ADJUDGED** that United States Magistrate Judge Reid's Report and Recommendation

---

[1] Judge Reid's makes a recommendation in Section VI that a certificate of appealability be granted as to Claim 2, yet, her analysis in Section V recommends that a certificate of appealability be denied as to *all* claims. (*See* ECF No. 20, at 20). Notwithstanding this discrepancy, after conducting a *de novo* review, the Court finds that a certificate of appealability should be denied as to all claims.

(ECF No. 20) is **AFFIRMED AND ADOPTED in part**. Accordingly, it is:

**ADJUDGED** that:

1. Petitioner's *pro se* amended petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 (ECF No. 7) is **DENIED**.

2. Respondent's Objections (ECF No. 21) are **SUSTAINED**.

3. A certificate of appealability is **DENIED** as to all claims.

4. This case is **CLOSED**, and all pending motions are **DENIED as moot**.

DONE AND ORDERED in Chambers at Miami, Florida, this 29th day of January, 2021.

JOSE E. MARTINEZ
UNITED STATES DISTRICT JUDGE

Copies provided to:
Magistrate Judge Reid
All Counsel of Record
Darius Still, *pro se*